■ In the Matter of JACOB S. BERGER, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.—

No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.